SUPPLEMENTAL MINUTE BOOK
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

Court convened at 2:25 p.m. on February 28, 2019, and recessed at 2:40 p.m.

PRESENT:   Mark L. Hornsby, Magistrate Judge, Presiding
Jill Keller, Minute Clerk
Recorded: Liberty Court Recorder CR3
Time in Court: 20 minutes

**5:18-SM-00014   GRAND JURY REPORT**

 X  Partial Report
 X  Warrants/summons ordered issued as indicated.

OPEN INDICTMENTS

| CASE NUMBER | WARRANT | SUMMONS |
|---|---|---|
| 3:19-cr-00070-01*** | X/WRIT | |
| 5:18-cr-00107-01** | | X |
| 5:18-cr-00107-02** | | X |
| 5:18-cr-00261-01*/** | X | |
| 5:18-cr-00261-02*/** | X | |
| 5:18-cr-00261-03** | | X |
| 5:18-cr-00262-01*/** | X | |
| 5:18-cr-00262-02*/** | X | |
| 5:18-cr-00262-03*/** | X | |
| 5:18-cr-00262-04*/** | X | |
| 5:18-cr-00262-05*/** | X | |
| 5:19-cr-00071-01*** | X/WRIT | |

SEALED INDICTMENTS

| CASE NUMBER | WARRANT | SUMMONS |
|---|---|---|
| 1:19-cr-00072-01 | X | |
| 1:19-cr-00073-01 | X | |
| 1:19-cr-00073-02 | X | |
| 1:19-cr-00077-01*** | X/WRIT | |
| 1:19-cr-00077-02 | X | |

| Case | |
|---|---|
| 2:18-cr-00162-01** | X |
| 3:19-cr-00074-01 | X |
| 3:19-cr-00078-01*** | X/WRIT |
| 3:19-cr-00078-02*** | X/WRIT |
| 3:19-cr-00078-03 | X |
| 5:19-cr-00075-01 | X |
| 5:19-cr-00076-01 | X |
| 5:19-cr-00079-01 | X |
| 5:19-cr-00080-01 | X |
| 5:19-cr-00080-02 | X |

  *   In Federal Custody
 **  Superseding Indictment
***  State Custody