# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 3:19-CR-00070-01** |
| **VERSUS** | **JUDGE DOUGHTY** |
| **DERRICK CURRY (01)** | **MAGISTRATE JUDGE HAYES** |

## MINUTES OF COURT:
### Initial Appearance

| | | | |
|---|---|---|---|
| Date: | March 20, 2019 | Presiding: | Magistrate Judge Karen L. Hayes |
| Court Opened: | 9:48 a.m. | Courtroom Deputy: | Angela LeDay |
| Court Adjourned: | 9:53 a.m. | Court Reporter: | LCR |
| Statistical Time: | 00:05 | Courtroom: | 3rd Floor Courtroom |
| | | Probation Officer: | Jessica Wiggers |

## APPEARANCES

| | |
|---|---|
| Derrick Curry (01) | Defendant (LOCATION CUSTODY) |

## PROCEEDINGS

**INITIAL APPEARANCE:**
Defendant sworn.
Defendant admitted his identity.
Defendant advised of charges, maximum penalties & rights.

**MOTION:**
Oral motion for appointed counsel by defendant.

**ORDER:**
On the basis of the evidence in the record, the court finds that defendant does not have the financial resources to retain counsel. The motion is granted and the Office of the Public Defender is hereby appointed to represent defendant or to recommend counsel to represent defendant in all further proceedings.

**NEXT:**
Detention/Arraignment set for **Wednesday, March 27, 2019** at **10:30 a.m.** before Magistrate Judge Karen L. Hayes.