# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

**UNITED STATES OF AMERICA**            CASE NO. 3:19-CR-00070-01

**VERSUS**                              JUDGE DOUGHTY

**DERRICK CURRY (01)**                  MAGISTRATE JUDGE HAYES

## MINUTES OF COURT:
### Arraignment

| Date: | March 27, 2019 | Presiding: | Magistrate Judge Karen L. Hayes |
|---|---|---|---|
| Court Opened: | 10:33 a.m. | Courtroom Deputy: | Angela LeDay |
| Court Adjourned: | 10:35 a.m. | Court Reporter: | LCR |
| Statistical Time: | 0:05 | Courtroom: | 3rd Floor Courtroom |
| | | Probation Officer: | Jessica Wiggers |

## APPEARANCES

| | | |
|---|---|---|
| Tennille M. Gilreath – standing in for Jessica D. Cassidy (AUSA) | For | United States of America |
| Betty Marak (AFPD) | For | Derrick Curry (01), Defendant |
| Derrick Curry (01) | | Defendant (LOCATION CUSTODY) |

## PROCEEDINGS

**DETENTION HEARING:**
Waived at this time, defense counsel shall notify the court should Defendant's circumstances change and request a detention hearing. Defendant ordered detained pending trial.

**ARRAIGNMENT:**
Waiver of formal arraignment.
Pleas of Not Guilty as to each count.

**MOTIONS:**
Oral Motion for Rule 16 Discovery by Defendant.
Oral Motion for Reciprocal Discovery by Government.

**ORDERS:**
Order granting both motions for discovery.

**NEXT:**

Telephone status conference set for **Wednesday, April 10, 2019** at **11:00 a.m.,** before Magistrate Judge Karen L. Hayes. Counsel for the Government shall initiate the call.