RECEIVED
MAY 22 2019
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY_____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | 3:19-cr-00070-01 |
| | * | |
| VERSUS | * | JUDGE DOUGHTY |
| | * | |
| DERRICK CURRY | * | MAGISTRATE JUDGE HAYES |

## SUPERSEDING INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1
### Possession of a Firearm and Ammunition by a Convicted Felon
### [18 U.S.C. § 922(g)(1)]

On or about July 12, 2018, in the Western District of Louisiana, the defendant, DERRICK CURRY, possessed, in and affecting interstate commerce, a firearm, to-wit: Taurus pistol, Model: PT-92 AF, 9mm caliber, and ammunition, after having been convicted of a crime punishable by imprisonment for a term exceeding one year, and did so knowingly, all in violation of Title 18, United States Code, Section 922(g)(1). [18 U.S.C. § 922(g)(1)].

### FORFEITURE NOTICE

A. The allegations in Count 1 are re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Rule 32.2(a) of the Federal Rules of Criminal Procedure; and Title 18, United States Code, Section 924(d).

1

B. Upon conviction of the firearm offense alleged in the count set forth above in this Superseding Indictment, the defendant, DERRICK CURRY, shall forfeit to the United States the following item seized by law enforcement officers:

1. Taurus pistol, Model: PT-92 AF, 9mm caliber; and
2. 17 rounds of 9mm ammunition.

C. By virtue of the offense charged in this Superseding Indictment, any and all interest in the above-described property is vested in the United States and is forfeited to the United States pursuant to the Federal Rules of Criminal Procedure and Title 18, United States Code, Section 924(d).

All in accordance with the Federal Rules of Criminal Procedure, Title 18, United States Code, Section 924(d). [18 U.S.C. § 924(d)].

A TRUE BILL

*REDACTED*
GRAND JURY FOREPERSON

DAVID C. JOSEPH
United States Attorney

By: [signature]
JESSICA DIANE CASSIDY, #34477
Assistant United States Attorney
300 Fannin Street, Suite 3201
Shreveport, Louisiana 71101
(318) 676-3600

2