SUPPLEMENTAL MINUTE BOOK
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

Court convened at 3:55 p.m. on May 22, 2019, and recessed at 4:05 p.m.

PRESENT:   Mark L. Hornsby, Magistrate Judge, Presiding
           Jill Keller, Minute Clerk
           Recorded: Liberty Court Recorder CR3
           Time in Court: 10 minutes

**5:18-SM-00014   GRAND JURY REPORT**

 X  Partial Report
 X  Warrants/summons ordered issued as indicated.

OPEN INDICTMENTS

| CASE NUMBER | WARRANT | SUMMONS |
|---|---|---|
| 1:19-cr-00175-01* | X/ASR | |
| 3:19-cr-00070-01** | X | |
| 5:19-cr-00170-01* | X | |
| 5:19-cr-00171-01*** | X/WRIT | |
| 5:19-cr-00172-01*** | X/WRIT | |
| 5:19-cr-00176-01*** | X/WRIT | |
| 5:19-cr-00177-01*** | X/WRIT | |

SEALED INDICTMENTS

| CASE NUMBER | WARRANT | SUMMONS |
|---|---|---|
| 1:19-cr-00178-01 | X | |
| 3:19-cr-00174-01 | X | |
| 5:19-cr-00173-01 | X | |

  *    In Federal Custody
 **    Superseding Indictment
***    State Custody