# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO.: 3:19-cr-00070-01** |
| | * | |
| | * | |
| **VERSUS** | * | **18 U.S.C. § 922(g)(1)** |
| | * | |
| | * | **JUDGE DOUGHTY** |
| **DERRICK CURRY** | * | **MAGISTRATE JUDGE HAYES** |

# ORDER

The foregoing Motion to Enroll Counsel considered:

IT IS HEREBY ORDERED, that Cytheria D. Jernigan, Assistant United States Attorney, be enrolled as counsel of record for the United States of America.

IT IS FURTHER ORDERED that Jessica D. Cassidy, Assistant United States Attorney, remain as lead counsel of record for the United States of America.

IT IS FURTHER ORDERED that Assistant United States Attorney Cytheria D. Jernigan be provided with all future filings (including electronic) and notices filed in this matter.

Signed this _____28th_____ day of _____May_____, 2019, at Monroe, Louisiana.

_____
Hon. Karen L. Hayes
United States Magistrate Judge