UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO.: 3:19-cr-00070-01 |
| | * | |
| | * | |
| VERSUS | * | 18 U.S.C. § 922(g)(1) |
| | * | |
| | * | JUDGE DOUGHTY |
| DERRICK CURRY | * | MAGISTRATE JUDGE HAYES |

**UNITED STATES's PROPOSED JURY INSTRUCTIONS**
**Trial Date: July 1, 2019**

NOW INTO COURT, through the United States Attorney and undersigned counsel, comes the United States of America, which requests the following jury instructions:

**A.     General Instructions:**

Fifth Circuit Pattern Jury Instructions, 2015 Thomson Reuters Edition

Nos.      1.01
1.03
1.04
1.05
1.06
1.07 Alternative B
1.08
1.10 (if applicable)
1.11 (if the defendant testifies)
1.12 (if applicable)
1.17
1.18
1.19
1.20
1.24
1.30 (if applicable)
1.31

        1.37
        1.39
        1.40
        1.41
        1.43

**B.** **Substantive Offense Instructions:**

Fifth Circuit Pattern Jury Instructions, 2015 Thomson Reuters Edition

No. 2.43D - Possession of a Firearm by a Convicted Felon - 18 U.S.C. § 922(g)(1).

The Government respectfully requests the opportunity to file additional instructions should they become necessary.

Respectfully submitted,

DAVID C. JOSEPH
UNITED STATES ATTORNEY

BY:   */s/ Jessica D. Cassidy*
      JESSICA D. CASSIDY, LA Bar No. 34477
      CYTHERIA D. JERNIGAN, MA Bar No. 657960
      Assistant United States Attorneys
      300 Fannin Street, Suite 3201
      Shreveport, Louisiana 71101
      (318) 676-3600
      (318) 676-3663 (fax)