UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO.: 3:19-cr-00070-01 |
| | * | |
| | * | |
| VERSUS | * | 18 U.S.C. § 922(g)(1) |
| | * | |
| | * | JUDGE DOUGHTY |
| DERRICK CURRY | * | MAGISTRATE JUDGE HAYES |

### UNITED STATES's PROPOSED VOIR DIRE
### TRIAL DATE: July 1, 2019

NOW INTO COURT, through the United States Attorney and undersigned Assistant United States Attorney, comes the United States of America, which respectfully requests:

1.

In addition to the Court's standard *voir dire* questions, the Government requests that it be permitted to pose the following questions to potential jurors:

1. Do you believe that federal laws regulating the possession of firearms violate the Constitution?

2. Do you believe that it is proper for the government to regulate who is permitted to possession a firearm?

3. Does anyone believe that convicted felons should be allowed to possess firearms?

4. The charge in this case is possession of a firearm by a felon. Would anyone here have any trouble convicting a felon of simple possession of a firearm?

5. Have you, or has anyone you know, either had any experience with or hold any beliefs or opinions about firearms that could influence your opinion of the evidence in this case?

6. Do you have any strongly held beliefs about firearms that would make it difficult for you to return a guilty verdict if it were proven beyond a reasonable doubt?

7. Does anyone have a bumper sticker on their vehicle expressing their views on the Second Amendment and/or firearms?

8. Do you or someone close to you belong to an organization that lobbies for or against gun control?

9. The Ouachita Parish Sheriff's Office ("OPSO") and the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") were the arresting and investigating law enforcement agencies in this case. Has anyone been investigated or arrested by either the OPSO or the ATF? Does anyone have any feelings toward the OPSO or the ATF that would prevent him or her from being and a fair and impartial juror in this case? If yes to either of these questions, please explain.

10. Is there anyone who cannot be a fair and impartial juror to either the defendant(s) or government for any reason in this case?

2.

The Government reserves its right to pose additional *voir dire* questions to prospective jurors based on responses generated from the Court's voir dire questions and the proposed questions above.

Respectfully submitted,

DAVID C. JOSEPH
UNITED STATES ATTORNEY

BY: */s/ Jessica D. Cassidy*
JESSICA D. CASSIDY, LA Bar No. 34477
CYTHERIA D. JERNIGAN, MA Bar No. 657960
Assistant United States Attorneys
300 Fannin Street, Suite 3201
Shreveport, Louisiana 71101
(318) 676-3600
(318) 676-3663 (fax)