UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | NO.   3:19-cr-70 |
| VERSUS | JUDGE DOUGHTY |
| DERRICK CURRY | MAGISTRATE JUDGE HAYES |

_____

**DEFENDANT'S FORESEEABLE ISSUES**
_____

**NOW INTO COURT**, through undersigned counsel, comes defendant**, DERRICK CURRY,** who respectfully submits the following list of foreseeable issues:

1. Extrinsic evidence problems under *Beechum*:  The defense has not received any notice under Fed. R. Evid. 404(b) from the Government and assumes the Government will not attempt to introduce any such evidence.

2. Pretrial production of *Jencks* Act materials:  The defense requests production of *Jencks* Act material on the Thursday before the trial.

3. Pretrial production of any *Brady/Kyles* evidence in the hands of the Government or any of its agents:  The defense requests immediate production of any such material which exists.

4. Pretrial production of criminal histories of all government witnesses as *Bagley/Giglio* material:  The defense requests immediate production of any such material which exists.

5. Exchange of exhibits and exhibit lists: The defense has not yet identified any exhibits it intends to introduce. The defense requests production of Government

exhibits and exhibit lists in accordance with this Court's standard pre-trial order.

6. Use of juror questionnaires and time of availability to counsel: The defense requests that the juror questionnaires be made available on the Thursday before trial.

7. Pretrial production of audio transcripts, if any: The defense requests production of any such transcripts from the Government as soon as they are available.

8. The necessity of pretrial hearings:   No pretrial hearings are necessary.

9. Stipulations: The defense will stipulate under *Old Chief v. United States*, 117 S.Ct. 644 (1997) that the defendant is a convicted felon. Upon reasonable notice, the defense will consider stipulating to the genuineness, authenticity or admissibility of any evidence which the Government may seek to introduce.

10. Length of case-in-chief: The defense anticipates it will take less than one day to present its case.

        Respectfully submitted,

        **REBECCA L. HUDSMITH**
        Federal Public Defender for the Western &
        Middle Districts of Louisiana

        s/ *Betty L. Marak*
        BETTY L. MARAK, LSBA NO. 18640
        Assistant Federal Public Defender
        300 Fannin Street, Suite 2199
        Shreveport, Louisiana 71101
        318-676-3310      Fax:   318-676-3313
        E-mail: betty_marak@fd.org