UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. 3:19-cr-70 |
| VERSUS | JUDGE DOUGHTY |
| DERRICK CURRY | MAGISTRATE JUDGE HAYES |

**DEFENDANT'S REQUESTED JURY INSTRUCTIONS**

**NOW INTO COURT**, through undersigned counsel, comes defendant**, DERRICK CURRY**, who respectfully submits the following list of proposed jury instructions:

From West's Fifth Circuit Pattern Jury Instructions, Criminal, 2015 Edition:

**Nos. 1.03** (introduction), **1.04** (duty to follow instructions ), **1.05** (presumption of innocence, burden of proof - reasonable doubt), **1.06** (excluding what is not evidence), **1.07** (direct and circumstantial evidence), **1.08** (credibility of witnesses), **1.10** (impeachment by prior inconsistencies)**, 1.18** (on or about), **1.19** (consider only crime charged), **1.20** (punishment), **1.24** (duty to deliberate – verdict form), **1.31 (**possession**), 1.37** ("knowingly"), **1.42** (cautionary instruction during trial – transcript of tape recorded conversation), **2.43(D)** (possession of a firearm by a convicted felon, along with an *Old Chief* instruction as set out in the instruction's note).

*(continued on next page)*

**WHEREFORE**, defendant, **DERRICK CURRY,** respectfully prays that the foregoing requested jury instructions be given to the jury at the trial of this matter.

Respectfully submitted,

**REBECCA L. HUDSMITH**
Federal Public Defender for the Western
and Middle Districts of Louisiana

s/ *Betty L. Marak*

_____
BETTY L. MARAK, LSBA NO. 18640
Assistant Federal Public Defender
300 Fannin Street, Suite 2199
Shreveport, Louisiana 71101
318/676-3310 Fax: 318-676-3313
Email: betty_marak@fd.org