UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO.: 3:19-cr-00070-01 |
| | * | |
| | * | |
| VERSUS | * | 18 U.S.C. § 922(g)(1) |
| | * | |
| | * | JUDGE DOUGHTY |
| DERRICK CURRY | * | MAGISTRATE JUDGE HAYES |

**UNITED STATE's NOTICE PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 16(a)(1)(G): EXPERT WITNESS**

NOW INTO COURT, through the United States Attorney and undersigned Assistant United States Attorney, comes the United States of America, which gives notice pursuant to Federal Rule of Criminal Procedure 16(a)(1)(G) and Federal Rules of Evidence 702, 703, and 705 regarding expert witnesses:

1.

Federal Rule of Evidence 702 provides that:

A witness who is qualified as an expert by knowledge, skill, experience, training, or education may testify in the form of an opinion or otherwise if:

(a) the expert's scientific, technical, or other specialized knowledge will help the trier of fact to understand the evidence or to determine a fact in issue;

(b) the testimony is based on sufficient facts or data;

(c) the testimony is the product of reliable principles and methods; and

(d) the expert has reliably applied the principles and methods to the facts of the case.

2.

The Government will call Trenton Harper, a Special Agent employed by the Bureau of Alcohol, Tobacco, Firearms, and Explosives, as an expert witness in its case-in-chief. SA Harper will testify regarding the interstate nexus for the firearm seized in this case, per his report previously provided to counsel. His curriculum vitae has been provided to defense counsel.

3.

If Special Agent Harper is unavailable for trial, then the Government will call Ron Meadows, the Resident Agent in Charge employed by the Bureau of Alcohol, Tobacco, Firearms, and Explosives, as an expert witness in its case-in-chief. RAC Meadows is the supervisor of SA Harper and approved the report prepared by SA Harper. His curriculum vitae has been provided to defense counsel.

                Respectfully submitted,

                DAVID C. JOSEPH
                United States Attorney

BY:   */s/ Jessica D. Cassidy*
       JESSICA D. CASSIDY, LA Bar No. 34477
       CYTHERIA D. JERNIGAN, MA Bar No. 657960
       Assistant United States Attorney
       300 Fannin Street, Suite 3201
       Shreveport, Louisiana 71101
       (318) 676-3600
       (318) 676-3663 (fax)