| | |
|---|---|
| **MINUTES OF PROCEEDINGS** | **June 5, 2019** |
| | [1 hour] |
| **UNITED STATES OF AMERICA** | **Criminal No. 19-00070** |
| **VERSUS** | |
| **DERRICK CURRY** | |

* * * * * * * * * *

A pretrial conference was held in the above-captioned matter on Wednesday, June 5, 2019. Present for the defendant was attorney Betty Marak, and for the government, by telephone, were AUSA's Cytheria Jernigan and Jessica Cassidy. Also present was Dennis Stewart, the law clerk for this case. Amy Crawford is the courtroom clerk.

Trial in this matter is set for **Monday July 1, 2019**, and is expected to last 1-1 1/2 days. Any writs of habeas corpus ad testificandum must be file at least 10 business days before trial.

Jury selection will be conducted as follows:  Thirty-eight potential jurors will be seated and 12 jurors will be selected from that number.  The Government will have 6 peremptory challenges and the defendant will have 10, to be exercised simultaneously and in writing, for choosing the regular jurors.  The court will then seat two additional persons as alternates, without notifying them that they are alternates. Each side will have one additional peremptory challenge for use during selection of the alternates.  The law clerk will provide copies of the Court's standard voir dire.  Counsel have already filed their proposed supplemental or fact-specific voir dire questions.

The court will conduct the entire voir dire.  At the conclusion of the general voir dire,  the judge will hold a brief sidebar to discuss any additional questions which may need to be asked. If the need for questioning outside the hearing of the other jurors arises, the judge will question the appropriate jurors at sidebar or in the jury room with counsel and the court reporter present.

Parties desiring a copy of the completed jury questionnaires must submit a request in writing to Angela Miletello, the jury clerk, on or before **June 21, 2019.**  The copies will be available the Friday before trial at approximately 4:00 p.m.  They are not to share the questionnaires with their clients or anyone else until the morning of trial.  Because counsel are in Shreveport, the questionnaires will be made available in the Shreveport clerk's office.

The parties have already submitted their requested jury instructions, and a proposed charge will be provided to the attorneys in Shreveport along with the jury questionnaires. The Judge will a conduct charge conference at noon on the first day of trial.

Trial notebooks are no longer required for the jury.  Counsel are responsible for presenting all evidence to the jury on the electronic monitors in the courtroom. Arrangements shall be made with the courtroom deputy, Amy Crawford, not less than 1 week prior to trial, to ensure that counsel's electronic equipment is compatible with the court's equipment.  One paper copy of the exhibits admitted into evidence shall be provided for use during jury deliberations. That copy will be returned at the end of trial. Additionally, and in accordance with the notice regarding exhibits for court proceedings, an electronic copy of the exhibits must also be submitted to the courtroom deputy.

Each side will have 15 minutes for opening statements. To make an objection at trial, counsel will rise, be recognized and state the basis for the objection without argument. If argument is necessary, the Court will ask for it.

Any charts, diagrams, or other demonstrative exhibits must be exchanged with opposing counsel **no later than one week** before trial.

For purposes of real time, a complete glossary including the names of all attorneys, parties, witnesses, place names, and all names or terms which it is foreseeable may be used during trial testimony (including ALL scientific, medical, or technical terms) must be submitted to Debbie Lowery, the court reporter, at **debbie_lowery@lawd.uscourts.gov**, no later than **June**

**21, 2019. Counsel are hereby notified that sanctions, including a per word fine for any foreseeable word not included in the glossary which is used during the trial, may be imposed for failure to comply with this requirement.** Any written stipulations, other than those already submitted, are due no later than **June 21, 2019,** as well. A copy of the final witness and exhibit lists must also be filed on or before **June 21, 2019. Real time is available free of charge at counsel table upon request. If you would like real time, you need to contact the court reporter, Debbie Lowery, at 318-361-0380 no later than June 21, 2019.**

    Attorneys are to arrive in the courtroom for trial no later than 8:30 a.m., and are to familiarize themselves and their clients and witnesses with ULLR 83.2.14 (courtroom decorum). The Court would like to minimize the number of sidebars and the imposition on the jury's time by dealing with any evidentiary issues prior to the trial or during recesses. Counsel are urged to bring any such matters to the court's attention as soon as possible.

_____
Karen L. Hayes, U.S. Magistrate Judge