# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 3:19-CR-00070-01** |
| **VERSUS** | **JUDGE DOUGHTY** |
| **DERRICK CURRY (01)** | **MAG. JUDGE KAREN L. HAYES** |

## MINUTES OF COURT:
### Arraignment

| | | | |
|---|---|---|---|
| Date: | June 5, 2019 | Presiding: | Mag. Judge Karen L. Hayes |
| Court Opened: | 9:48 a.m. | Courtroom Deputy: | Angela LeDay |
| Court Adjourned: | 9:53 a.m. | Court Reporter: | LCR |
| Statistical Time: | 00:05 | Courtroom: | 3rd Floor Courtroom |

## APPEARANCES

| | | |
|---|---|---|
| Brandon Brown – standing in for Jessica Diane Cassidy  (AUSA) | For | United States of America |
| Betty Lee Marak  (AFPD) | For | Derrick Curry (01), Defendant |
| Derrick Curry (01) | | Defendant (LOCATION CUSTODY) |

## PROCEEDINGS

**ARRAIGNMENT:**
Waiver of formal arraignment.
Plea of Not Guilty as to count 1 of the Superseding Indictment.

**RELEASE:**
Defendant shall remain detained pending trial.

**NEXT:**
Trial is currently set for 7/1/19, in Monroe LA, before Judge Terry A Doughty.