MINUTE ENTRY
TERRY A. DOUGHTY
U.S. DISTRICT JUDGE
JUNE 7, 2019

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 3:19-cr-00070-01 |
| VERSUS | : | 18 U.S.C. § 922(g)(1) |
| DERRICK CURRY | : | JUDGE TERRY A. DOUGHTY |
| | | MAGISTRATE JUDGE HAYES |

Pending before the Court is a Motion in Limine to Preclude Argument in Support of Jury Nullification [Doc. No. 34]. If the Defendant wishes to oppose or otherwise respond to the pending motion, he must do so no later than June 21, 2019.

TAD