UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO.: 3:19-cr-00070-01 |
| | * | |
| | * | |
| VERSUS | * | 18 U.S.C. § 922(g)(1) |
| | * | |
| | * | JUDGE DOUGHTY |
| DERRICK CURRY | * | MAGISTRATE JUDGE HAYES |

**UNITED STATES' SUPPLEMENTAL NOTICE PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 16(a)(1)(G): EXPERT WITNESS**

NOW INTO COURT, through the United States Attorney and undersigned Assistant United States Attorney, comes the United States of America, which gives this supplemental notice pursuant to Federal Rule of Criminal Procedure 16(a)(1)(G) and Federal Rules of Evidence 702, 703, and 705 regarding expert witnesses:

1.

On June 5, 2019, the United States filed a notice of intent to call Monroe Police Department Detective Christopher Turner as an expert witness in its case-in-chief. [Rec. Doc. 30]. The notice provided that, if called to testify, Detective Turner would testify with regard to the following:

  a. Det. Turner's background, training, and experience;

  b. Methodologies and procedures used by Det. Turner to analyze the relevant fingerprints; and

  c. An explanation of Det. Turner's findings regarding the fingerprint analysis.

2.

Detective Turner will testify that he compared the fingerprints from the Defendant's arrest for Armed Robbery on or about June 8, 1989 (for which we was subsequently convicted a trial) to the Defendant's arrest for the instant offense on or about June 12, 2018. Detective Turner will testify that the defendant convicted of the aforementioned Armed Robbery is the same defendant arrested for the instant offense.

3.

The United States wishes to supplement its prior notice to include additional expert testimony to be elicited from Detective Turner at trial. Detective Turner will also testify to the difficulties of obtaining fingerprints from firearms.

4.

Detective Turner's curriculum vitae was previously provided to defense counsel on June 3, 2019.

                Respectfully submitted,

                DAVID C. JOSEPH
                United States Attorney

BY:   */s/ Jessica D. Cassidy*
       JESSICA D. CASSIDY, LA Bar No. 34477
       CYTHERIA D. JERNIGAN, MA Bar No. 657960
       Assistant United States Attorney
       300 Fannin Street, Suite 3201
       Shreveport, Louisiana 71101
       (318) 676-3600
       (318) 676-3663 (fax)