UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO.: 3:19-cr-00070-01 |
| | * | |
| | * | |
| VERSUS | * | 18 U.S.C. § 922(g)(1) |
| | * | |
| | * | JUDGE DOUGHTY |
| DERRICK CURRY | * | MAGISTRATE JUDGE HAYES |

## UNITED STATES' OPPOSITION TO MOTION TO SUPPRESS

NOW INTO COURT, through the United States Attorney and undersigned Assistant United States Attorney, comes the United States of America, which gives opposes the Motion to Suppress filed by the Defendant, Derrick Curry, for the reasons that follows:

1.

On June 17, 2019, the Defendant filed a Motion to Suppress. He specifically seeks to suppress four statements made by him at the time of his arrest on or about July 12, 2018. The Defendant claims that he was not advised of his *Miranda* rights nor were his statements made voluntarily.

2.

The Government does not intend to introduce the above-referenced statements in its case-in-chief. The Government will only seek to introduce the statements as impeachment evidence should the Defendant testify at trial.

3.

Therefore, and because the Government does not intend to introduce the Defendant's statements in its case-in-chief, the Defendant's Motion to Suppress should be denied as moot.

WHEREFORE, the Government respectfully requests the Defendant's Motion to Suppress should be denied as moot.

    Respectfully submitted,

    DAVID C. JOSEPH
    United States Attorney

BY:   */s/ Jessica D. Cassidy*
    JESSICA D. CASSIDY, LA Bar No. 34477
    CYTHERIA D. JERNIGAN, MA Bar No. 657960
    Assistant United States Attorney
    300 Fannin Street, Suite 3201
    Shreveport, Louisiana 71101
    (318) 676-3600
    (318) 676-3663 (fax)