UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION


UNITED STATES OF AMERICA  :        CRIMINAL NO. 19-0070-01

VERSUS                                  :        JUDGE TERRY A. DOUGHTY

DERRICK CURRY            :        MAGISTRATE JUDGE HAYES


**ORDER**


Pursuant to the memorandum ruling herein,

**IT IS ORDERED** that the Motion to Suppress Statements [Doc. No. 37] filed by Derrick

Curry in this proceeding is **DENIED** as **MOOT**.

MONROE, LOUISIANA, this 18th day of June, 2019.


_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA