UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 19-0070-01 |
| VERSUS | : | JUDGE TERRY A. DOUGHTY |
| DERRICK CURRY | : | MAGISTRATE JUDGE HAYES |

## ORDER

Pursuant to the Memorandum Ruling herein,

**IT IS ORDERED** that Defendant's Motion to Continue Trial [Doc. No. 38] is **DENIED**.

MONROE, LOUISIANA, this 18th day of June, 2019.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA