UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 19-0070-01 |
| VERSUS | : | JUDGE TERRY A. DOUGHTY |
| DERRICK CURRY | : | MAGISTRATE JUDGE HAYES |

**ORDER**

    Trial in this matter is currently set for July 1, 2019. However, a Motion to Dismiss Superseding Indictment [Doc. No. 48] was filed by Defendant yesterday and is pending before the Court. Additionally, given the number of witnesses in the case, the Court has serious concerns whether this case could be fully tried before a previously scheduled sentencing hearing is held on July 3, 2019. Pursuant to 18 U.S.C. § 3161(h)(7), the Court finds that the ends of justice served by continuing trial to a setting outside the time period of the Speedy Trial Act outweigh the public's and Defendant's interest in a speedy trial. The trial is CONTINUED AND RE-SET to August 7, 2019, to allow the Court to consider the pending motion, as well as address the other pending criminal matters before it.

    MONROE, LOUISIANA, this 25th day of June, 2019.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA