SUPPLEMENTAL MINUTE BOOK
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

Court convened at 1:00 p.m. on June 26, 2019, and recessed at 1:10 p.m.

PRESENT:   Mark L. Hornsby, Magistrate Judge, Presiding
           Jill Keller, Minute Clerk
           Recorded: Liberty Court Recorder CR3
           Time in Court: 10 minutes

**5:18-SM-00014   GRAND JURY REPORT**

 X   Partial Report
 X   Warrants/summons ordered issued as indicated.

OPEN INDICTMENTS

| CASE NUMBER | WARRANT | SUMMONS |
| --- | --- | --- |
| 3:18-cr-00148-01** | X | |
| 3:18-cr-00148-02** | X | |
| 3:18-cr-00154-01** | X | |
| 3:19-cr-00070-01** | X | |
| 3:19-cr-00200-01*** | X/WRIT | |
| 3:19-cr-00200-02*** | X/WRIT | |
| 5:19-cr-00201-01 | | X |

SEALED INDICTMENTS

| CASE NUMBER | WARRANT | SUMMONS |
| --- | --- | --- |

  *   In Federal Custody
 **   Superseding Indictment
***   State Custody