# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO. 19-0070-01** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **DERRICK CURRY** | **MAGISTRATE JUDGE HAYES** |

### ORDER

In light of Defendant's arraignment on the Second Superseding Indictment [Doc. No. 51], IT IS ORDERED that Defendant's Motion to Dismiss Superseding Indictment [Doc. No. 48] is DENIED AS MOOT.

MONROE, LOUISIANA, this 1ST day of July, 2019.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA