UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | DOCKET NO. 3:19-CR-00070-01 |
| VERSUS | JUDGE DOUGHTY |
| DERRICK CURRY | MAGISTRATE JUDGE HAYES |

_____

### NOTICE OF APPEARANCE
_____

NOW INTO COURT comes attorney, Ashley R. Martin, who hearby makes her appearance in the above captioned case on behalf of the defendant, DERRICK CURRY, as co-counsel of record.

Respectfully submitted,

REBECCA L. HUDSMITH
Federal Public Defender for the Western
& Middle Districts of Louisiana

*s/ Ashley R. Martin*
_____
Ashley R. Martin, LSBA No. 37783
Assistant Federal Public Defender
300 Fannin Street, Suite 2199
Shreveport, Louisiana 711101
Phone: (318) 676-3310
Fax: (318) 676-3313
E-mail: ashley_martin@fd.org