**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 3:19-CR-00070-01** |
| **VERSUS** | **JUDGE DOUGHTY** |
| **DERRICK CURRY (01)** | **MAG. JUDGE KAREN L. HAYES** |

**MINUTES OF COURT:**
**Change of Plea**

| | | | |
|---|---|---|---|
| Date: | August 07, 2019 | Presiding: | Judge Terry A. Doughty |
| Court Opened: | 9:00 a.m. | Courtroom Deputy: | Amy Crawford |
| Court Adjourned: | 9:45 a.m. | Court Reporter: | Debbie Lowery |
| Statistical Time: | 00:45 | Probation Officer: | Casey Stevens |

## APPEARANCES

| | | |
|---|---|---|
| Jessica Diane Cassidy (AUSA) | For | United States of America |
| Cytheria Jernigan (AUSA) | For | United States of America |
| Betty Lee Marak (AFPD) | For | Derrick Curry (01), Defendant |
| Ashley Renee Martin (AFPD) | For | Derrick Curry (01), Defendant |
| Derrick Curry (01) | | Defendant (LOCATION CUSTODY) |

## PROCEEDINGS

**CHANGE OF PLEA:**
Plea of Guilty to Count 1 of the Indictment.
Defendant under oath.
Defendant advised of Rule 11 rights.

**RULING:**
Guilty plea by the defendant accepted and the defendant is adjudged guilty of the offense.

**ORAL ORDER:**
Order for presentence investigation report.

**NEXT:**
Sentencing set for 11/7/2019 at 1:30 p.m. in the 2nd floor courtroom in Monroe, LA, before Judge Terry A. Doughty. Sentencing memoranda shall be filed into the record with a courtesy copy given to chambers at least seven days before the scheduled sentencing.

**FILINGS:**
Plea Agreement
Affidavit of Understanding of Maximum Penalty and Constitutional Rights
Stipulated Factual Basis
Elements of the Offense