UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 19-cr-00070-01 |
| | : | |
| VERSUS | : | JUDGE DOUGHTY |
| | : | |
| DERRICK CURRY | : | MAGISTRATE JUDGE HAYES |

## FINAL JUDGMENT OF FORFEITURE

This Court entered a Preliminary Order of Forfeiture on August 14, 2019 [Doc. No. 64], ordering defendant, **Derrick Curry**, to forfeit the following assets:

   a)   Taurus pistol, Model: PT-92 AF, 9mm caliber; and

   b)   Ammunition.

The United States published notification of the Preliminary Order of Forfeiture on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning August 22, 2019, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. Said published notice advised all third parties of their right to petition the court within thirty (30) days of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property pursuant to Title 18, United States Code, Section 924(d).

No third party claims were filed.

NOW, **THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that: the motion [Doc. No. 67] is **GRANTED**, and

The Preliminary Order of Forfeiture entered in the above captioned action on August 14, 2019 [Doc. No. 64], is final, this Court having found that the defendant, **Derrick Curry**, convicted in the case had an interest in the forfeitable property pursuant to Title 18, United States Code, Section 924(d), and any and all right, title and interest of the defendant in the assets listed above is hereby condemned, forfeited and terminated.

The United States has clear title to the property as set forth in the Preliminary Order of Forfeiture dated August 14, 2019. The Court shall retain jurisdiction to enter any orders necessary to amend or enforce this order.

The Clerk is hereby directed to send copies of this Order to all counsel of record and the United States Marshals Service, 300 Fannin Street, Suite 1202, Shreveport, Louisiana 71101.

Monroe, Louisiana, this 23rd day of October, 2019.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE