# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

**UNITED STATES OF AMERICA**      **CRIMINAL NO. 19-0070-01**

**VERSUS**     **JUDGE TERRY A. DOUGHTY**

**DERRICK CURRY**     **MAGISTRATE JUDGE HAYES**

## ORDER

Upon consideration and finding good cause,

IT IS ORDERED that the Defendant's Motion to Continue Sentencing [Doc. No. 69] is GRANTED, and the sentencing hearing currently set for November 7, 2019, is CONVERTED to a status and scheduling conference.

MONROE, LOUISIANA, this 4th day of November, 2019.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE