**MINUTE ENTRY**
**TERRY A. DOUGHTY**
**U.S. DISTRICT JUDGE**
**November 7, 2019**

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO. 3:19-00070-01** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **DERRICK CURRY** | **MAGISTRATE JUDGE HAYES** |

A status and scheduling conference was held in Chambers before the undersigned on November 7, 2019. Participating were Jessica Cassidy, Assistant United States Attorney; Betty Marak, Assistant Federal Public Defender; U.S. Probation Officer Casey Stevens; and Kayla Dye McClusky, Law Clerk.

After discussion was held about the evidence to be offered at the sentencing hearing related to pending state court charges, the Court re-set the sentencing hearing to March 4, 2020, at 1:30 p.m., to allow counsel time to prepare.

The conference concluded after 20 minutes.

TAD

