UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

**UNITED STATES OF AMERICA**                  **CASE NO. 3:19-CR-00070-01**

**VERSUS**                                     **JUDGE DOUGHTY**

**DERRICK CURRY (01)**                         **MAG. JUDGE KAREN L. HAYES**

MINUTES OF COURT:
Change of Plea and Sentencing

| Date: | March 4, 2020 | Presiding: | Judge Terry A. Doughty |
|---|---|---|---|
| Court Opened: | 1:30 p.m. | Courtroom Deputy: | Amy Crawford |
| Court Adjourned: | 2:30 p.m. | Court Reporter: | Debbie Lowery |
| Statistical Time: | 00:50 | Courtroom: | 2nd Floor Courtroom |
|  |  | Probation Officer: | Casey Stevens |

**APPEARANCES**

| Jessica Diane Cassidy (AUSA) | For | United States of America |
|---|---|---|
| Cytheria Jernigan (AUSA) | For | United States of America |
| Betty Lee Marak (AFPD) | For | Derrick Curry (01), Defendant |
| Derrick Curry (01) |  | Defendant (LOCATION CUSTODY) |

**PROCEEDINGS**

**CONFERENCE:**
A conference was held in chambers prior to court.

**CHANGE OF PLEA**
Change of Plea hearing re-held as original hearing was held in a room outside of public access.
Plea of Guilty to Count 1 of the Indictment.
Defendant under oath.
Defendant advised of Rule 11 rights.

**RULING:**
Guilty plea by the defendant accepted and the defendant is adjudged guilty of the offense.

**SENTENCE** Imposed as to Count 1 of the Second Superseding Indictment:
- **Imprisonment**: 51 months
- **Supervised Release:** 3 years
- **Crime Victim Fund Assessment:** $100 payable to the Clerk of Court
- **Fine** – payable to Clerk of Court: Waived
- **Restitution** – payable to the Clerk of Court: N/A

**APPEAL:**

Defendant advised of right to appeal. If Notice of Appeal is filed, the Clerk of Court is directed to transmit the presentence report to the Court of Appeals under seal.

**COMMENTS:**

Defendant remanded to the custody of the U.S. Marshal.