UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:19-cr-70-1 |
| VERSUS | JUDGE DOUGHTY |
| DERRICK CURRY | MAGISTRATE JUDGE HAYES |

## NOTICE OF APPEAL

Notice is hereby given that DERRICK CURRY, defendant in the above named case, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the final judgment entered in this action on March 5, 2020.

Respectfully submitted,

REBECCA L. HUDSMITH
Federal Public Defender for the Western and Middle Districts of Louisiana

*s/ Betty L. Marak*
_____
Betty L. Marak, LSBA No. 18640
Assistant Federal Public Defender
300 Fannin Street, Suite 2199
Shreveport, Louisiana 711101
(318) 676-3310
Fax (318) 676-3313
E-mail: betty_marak@fd.org