UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 19-0070-01 |
| VERSUS | : | JUDGE TERRY A. DOUGHTY |
| DERRICK CURRY | : | MAGISTRATE JUDGE HAYES |

**ORDER**

Pending before the Court is a Motion to Correct and/or Reduce Sentence [Doc. No. 83] filed by Defendant Derrick Curry, pro se. Curry moves the Court to have his case remanded for re-sentencing, so that the Court may take into consideration time served relative to the now-dismissed state court charges. However, Curry's case is currently on appeal to the United States Court of Appeals for the Fifth Circuit, and it is unclear whether the Bureau of Prisons, which is responsible for calculating his sentence, will credit Curry with this time. Accordingly,

IT IS ORDERED that the motion is DENIED.

MONROE, LOUISIANA, this 23RD day of March, 2020.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA