# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 3:19-CR-00070-01** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **DERRICK CURRY (01)** | **MAG. JUDGE KAREN L. HAYES** |

## ORDER

Before the undersigned magistrate judge, on reference from the District Court, is a motion for appointment of appellate counsel [doc. # 81] filed by defendant, Derrick Curry. By this motion, defendant seeks an order appointing counsel to represent him for purposes of his appeal. Upon review, however, the court appointed counsel to represent defendant at the district court level. Moreover, the same appointed counsel lodged a notice of appeal on defendant's behalf and continues to represent him. Accordingly,

IT IS ORDERED that defendant's motion for appointment of appellate counsel [doc. # 81] is DENIED, as unnecessary.

In Chambers, at Monroe, Louisiana, on this 30th day of March, 2020.

KAREN L. HAYES
UNITED STATES MAGISTRATE JUDGE