# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**  
**CLERK**

**TEL. 504-310-7700**  
**600 S. MAESTRI PLACE,**  
**Suite 115**  
**NEW ORLEANS, LA 70130**

June 09, 2020

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 20-30181    USA v. Derrick Curry
                          USDC No. 3:19-CR-70-1

The court has considered the motion of appellant Derrick Curry to view non-public and/or sealed material in the record on appeal. Unless the court granted access to one or more specific documents ONLY, it is ordered, counsel for Derrick Curry may obtain all ex parte documents *filed on behalf of* Derrick Curry, and all other non ex parte documents in the record. The non-public and/or sealed materials from the record are for counsel's review ONLY. The integrity of the sealed documents is your responsibility, and if provided in original paper, must be returned to the district court as soon as it has served your purpose.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Allison G. Lopez, Deputy Clerk
504-310-7702

Ms. Cytheria Dawn Jernigan
Mrs. Betty Lee Marak
Mr. Tony R. Moore