# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**  
**CLERK**

**TEL. 504-310-7700**  
**600 S. MAESTRI PLACE,**  
Suite 115  
**NEW ORLEANS, LA 70130**

July 16, 2020

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 20-30181    USA v. Derrick Curry  
                      USDC No. 3:19-CR-70-1

The court has considered the motion of appellee United States of America to view non-public and/or sealed material in the record on appeal. Unless the court granted access to one or more specific documents ONLY, it is ordered, counsel for United States of America may obtain all ex parte documents *filed on behalf of* United States of America, and all other non ex parte documents in the record. The non-public and/or sealed materials from the record are for counsel's review ONLY. The integrity of the sealed documents is your responsibility, and if provided in original paper, must be returned to the district court as soon as it has served your purpose.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____  
Allison G. Lopez, Deputy Clerk  
504-310-7702

Ms. Carol Mignonne Griffing  
Mrs. Betty Lee Marak  
Mr. Tony R. Moore