# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

December 11, 2020

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 20-30181    USA v. Derrick Curry
                          USDC No. 3:19-CR-70-1

Enclosed is an order entered in this case.

                                    Sincerely,

                                    LYLE W. CAYCE, Clerk

                                    By: _____
                                    Allison G. Lopez, Deputy Clerk
                                    504-310-7702

Mr. Derrick Curry
Ms. Carol Mignonne Griffing
Mrs. Betty Lee Marak
Mr. Tony R. Moore

# United States Court of Appeals
# for the Fifth Circuit

_____

No. 20-30181
_____

United States of America,

*Plaintiff—Appellee,*

*versus*

Derrick Curry,

*Defendant—Appellant.*

_____

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 3:19-CR-70-1
_____

ORDER:

IT IS ORDERED that the motion of the Federal Public Defender to withdraw as counsel is GRANTED.

Stuart Kyle Duncan
*United States Circuit Judge*