UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 3:19-CR-00070-01** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **DERRICK CURRY (01)** | **MAGISTRATE JUDGE HAYES** |

**ORDER**

Pending before the Court is a Motion for Appointment of Counsel [Doc. No. 94] filed by Defendant Derrick Curry. There is no mandatory constitutional or statutory right to the appointment of counsel in a post-conviction proceeding under § 3582(c). *United States v. Whitebird*, 55 F.3d 1007, 1011 (5th Cir. 1995).

The decision instead rests in the Court's discretion. *See Id.*, 55 F.3d 1007. For motions for compassionate release based on the COVID-19 pandemic, this court has created a standard procedural order under which the Office of the Federal Public Defender considers each case and decides whether to enroll. A copy of the order was entered in the defendant's case [Doc. No. 95], and shortly thereafter the office informed the court that it would not enroll in this matter. Based on this decision, and after a review of the motion, the court declines to exercise its discretion to appoint counsel in the defendant's case.

Further, there is no indication that the Defendant is incapable of adequately representing his motion pro se, as indicated by the filing of his fifty-page brief in his Motion for Compassionate Release [Doc. No. 93]. *See United States v. Delco*, No. 09-57, 2020 WL 4569670, at *2–3 (E.D. La. Aug. 7, 2020) (Ashe, J.) (declining to appoint counsel to a defendant seeking compassionate release, observing that there was "no indication" that the defendant, who had submitted a twenty-two page brief, was "incapable of adequately presenting his motion pro

se."); *see also United States v. Hames*, No. 09-39, 2020 WL 3415009, at *1 (E.D. Tex. June 19, 2020) (denying appointment of counsel for defendant seeking compassionate release who submitted a well-reasoned, albeit ultimately unsuccessful brief, and provided no basis to suggest that appointment of counsel would help him obtain relief). Therefore,

**IT IS ORDERED** that Defendant's Motion for Appointment of Counsel [Doc. No. 94] is **DENIED**.

MONROE, LOUISIANA, this 27th day of August 2021.

_____
Terry A. Doughty
United States District Judge