# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 3:19-CR-00070-01** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **DERRICK CURRY (01)** | **MAGISTRATE JUDGE HAYES** |

## ORDER

Considering the foregoing *pro se* Denial of Motion for Appointment of Counsel [Doc. No. 102] filed by Defendant, which the Court construes to be a Motion for Reconsideration of Motion to Appoint Counsel [Doc. No. 94],

**IT IS ORDERED** that the Motion is **DENIED**.

MONROE, LOUISIANA, this 23rd day of September 2021.

_____
Terry A. Doughty
United States District Judge