# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

December 14, 2021

Mr. Tony R. Moore
Western District of Louisiana, Monroe
United States District Court
300 Fannin Street
Suite 1167
Shreveport, LA 71101-0000

     No. 21-30596   USA v. Curry
                       USDC No. 3:19-CR-70-1

Dear Mr. Moore,

Enclosed is a copy of the judgment issued as the mandate.

                               Sincerely,

                               LYLE W. CAYCE, Clerk

                               By: _____
                               Majella A. Sutton, Deputy Clerk
                               504-310-7680

cc w/encl:
    Mr. Derrick Curry
    Ms. Camille Ann Domingue
    Ms. Cytheria Dawn Jernigan

# United States Court of Appeals
# for the Fifth Circuit

_____

No. 21-30596
_____

United States of America,

          *Plaintiff—Appellee,*

versus

Derrick Curry,

          *Defendant—Appellant.*

_____

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 3:19-CR-70-1

_____

CLERK'S OFFICE:

    Under 5th Cir. R. 42.3, the appeal is dismissed as of December 14, 2021, for want of prosecution. The appellant failed to timely pay the filing fee.

**A True Copy**
**Certified order issued Dec 14, 2021**

*Tyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

No. 21-30596

LYLE W. CAYCE<br>
Clerk of the United States Court<br>
of Appeals for the Fifth Circuit

By: _____
      Majella A. Sutton, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT