# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 3:19-CR-00070-01** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **DERRICK CURRY (01)** | **MAGISTRATE JUDGE HAYES** |

## ORDER

Pending before the Court is a *pro se* Request for Reduction of Federal Sentence Pursuant to U.S.S.C. § 561.3(b)(1) [Doc. No. 120] filed by Defendant Derrick Curry. The Court has previously considered Defendant's arguments and declined to reduce his sentence [Doc. Nos. 115, 119]. Accordingly,

For the reasons set forth in the Court's previous rulings, Defendant's *pro se* Request for Reduction of Federal Sentence Pursuant to U.S.S.C. § 561.3(b)(1) [Doc. No. 120] is **DENIED**.

MONROE, LOUISIANA, this 1st day of February 2022.

_____
Terry A. Doughty
United States District Judge