# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

**UNITED STATES OF AMERICA**               **CASE NO. 3:19-CR-00070-01**

**VERSUS**                                 **JUDGE TERRY A. DOUGHTY**

**DERRICK CURRY (01)**                     **MAGISTRATE JUDGE HAYES**

## ORDER

Pending before the Court is a *pro se* Request for Extension to File Federal Writ of Habeas Corpus Under 28 U.S.C. § 2255 [Doc. No. 121] filed by Defendant Derrick Curry. Pursuant to 28 U.S.C. § 2255(f):

> **(f)** A 1-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of--
> **(1)** the date on which the judgment of conviction becomes final;
> **(2)** the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making a motion by such governmental action;
> **(3)** the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
> **(4)** the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Although the one-year period statute of limitations is subject to tolling, Defendant has not, at this time, submitted a habeas petition to the Court for filing, but he is requesting an open-ended time period to be established for the potential filing of his petition. Defendant has asserted no case law, statutes, or otherwise indicated that he would be entitled to an extension to file his writ of Habeas Corpus under 28 U.S.C. § 2255. Accordingly,

**IT IS ORDERED** that the *pro se* Request for Extension to File Federal Writ of Habeas Corpus Under 28 U.S.C. § 2255 [Doc. No. 121] is **DENIED**.

MONROE, LOUISIANA, this 1st day of February 2022.

Terry A. Doughty
United States District Judge