# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 3:19-CR-00070-01** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **DERRICK CURRY (01)** | **MAGISTRATE JUDGE HAYES** |

## ORDER

Considering the foregoing *pro se* Motion for Judicial Recommendation for Maximum Placement in a Residential Re-entry Center/Halfway House and Home Confinement [Doc. No. 124],

**IT IS ORDERED** that the Motion is **DENIED**.

MONROE, LOUISIANA, this 8th day of February 2022.

_____
Terry A. Doughty
United States District Judge