UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 5:20-CR-00242-01 |
| | * | |
| | * | |
| VERSUS | * | JUDGE ELIZABETH E. FOOTE |
| | * | |
| | * | |
| DAMICHAEL BROWN | * | MAGISTRATE JUDGE HORNSBY |

**UNITED STATES' NOTICE PURSUANT TO FEDERAL RULE OF
CRIMINAL PROCEDURE 16(a)(1)(G): EXPERT WITNESS**

NOW INTO COURT, through the United States Attorney and undersigned counsel, comes the United States of America, which gives notice pursuant to Federal Rule of Criminal Procedure 16(a)(1)(G) and Federal Rules of Evidence 702, 703, and 705 regarding expert witnesses:

1.

Federal Rule of Evidence 702 provides that a "witness who is qualified as an expert by knowledge, skill, experience, training, or education may testify in the form of an opinion or otherwise" if several conditions are met. These conditions include:

(a) the expert's scientific, technical, or other specialized knowledge will help the trier of fact to understand the evidence or to determine a fact in issue;

(b) the testimony is based on sufficient facts or data;

(c) the testimony is the product of reliable principles and methods; and

(d) the expert has reliably applied the principles and methods to the facts of the case.

2.

The United States will call Shreveport Police Department Corporal John Madjerck as an expert witness in its case-in-chief. His trial testimony will encompass the following:

a. his background, training, and experience;

b. methodologies and procedures used to analyze relevant fingerprints;

c. an explanation of his findings regarding the fingerprint analysis. He will testify regarding fingerprint comparisons of the Defendant's prior felony convictions to establish that the Defendant associated with the prior felony convictions, in this case Possession with Intent to Distribute Schedule II, Controlled Dangerous Substance (Cocaine) and Aggravated Second Degree Battery, is the same defendant arrested for the instant offense; and

d. the difficulties of obtaining fingerprints from firearms.

3.

The United States has provided Cpl Madjerick's expert report and will provide the curriculum vitae to defense counsel.

4.

The United States respectfully requests the opportunity to submit an amended expert notice if necessary.

Respectfully submitted,

BRANDON B. BROWN
United States Attorney

/s/ Cytheria D. Jernigan
CYTHERIA D. JERNIGAN
MA # 657960
Assistant United States Attorney
300 Fannin Street, Ste. 3201
Shreveport, LA 71101
Phone: (318) 676-3600
Facsimile: (318) 676-3663
cytheria.jernigan@usdoj.gov